UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CHERYLIN F. BERMAN, ) | 2:12-cv-1816-PMP-PAL |
| Plaintiff, ) | |
| vs. ) | **ORDER** |
| CAROLYN W. COLVIN, ) | |
| Defendant. ) | |

The Court having read and considered Plaintiffs' Objections (Doc. #9) to the Report and Recommendation (Doc. #8) of the Honorable Peggy A. Leen, United States Magistrate Judge, and Defendants Response thereto (Doc. #10), and having conducted a *de novo* review of the proceedings, and good cause appearing,

**IT IS ORDERED** that Plaintiff's Objections (Doc. #9) are overruled, and the Recommendation of the Magistrate Judge (Doc. #8) is Affirmed.

**IT IS FURTHER ORDERED** that Defendant Colvin's Motion to Remand (Doc. #5) is Granted as follows:

This action be remanded to the Commissioner pursuant to sentence six of 42 U.S.C. § 405(g) for a de novo hearing before an ALJ within **ninety days**.

DATED: July 30, 2013.

PHILIP M. PRO
United States District Judge