AO450 (Rev. 5/85)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF  Nevada

CHERYLIN F. BERMAN

V.

MICHAEL J. ASTRUE

**JUDGMENT IN A CIVIL CASE**

Case Number:   2:12-cv-1816 PMP-PAL

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.**  A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

that Judgment is entered in favor of Plaintiff and against Defendant.

| March 21, 2014 | /s/ Lance S. Wilson |
|---|---|
| Date | Clerk |
| | /s/ Eileen Wood |
| | (By) Deputy Clerk |