UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CHERYLIN F. BERMAN,<br><br>        Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>        Defendant. | 2:12-CV-01816-PMP-PAL<br><br><u>ORDER</u> |

In accordance with this Court's Order (Doc. #23) dated September 29, 2014, and pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, Judgment is hereby entered in favor of Plaintiff Cherylin F. Berman and against Defendant Carolyn W. Colvin, Acting Commissioner of Social Security, in the amount of $5,891.74 in attorney's fees and $350.00 in costs.

IT IS SO ORDERED.

IT IS FURTHER ORDERED that Plaintiff Cherylin F. Berman is hereby awarded $12,405.48 in attorney's fees pursuant to 42 U.S.C. § 406(b).

IT IS FURTHER ORDERED that counsel for Plaintiff Cherylin F. Berman shall refund to Plaintiff Cherylin F. Berman $5,891.74, the amount of the 28 U.S.C. § 2412(d) award.

DATED: October 13, 2014

_____
PHILIP M. PRO
United States District Judge